IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 04-cv-00280-WYD-CBS

THE HEALTHCARE FINANCIAL GROUP, INC.,

    Plaintiff,

v.

THE HARTFORD CASUALTY INSURANCE COMPANY,

    Defendant.

_____

**ORDER**
_____

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    This matter is before the Court on Defendant The Hartford Casualty Insurance Company's Motion for Summary Judgment, filed November 30, 2004, and Plaintiff The HealthCare Financial Group Inc.'s Motion for Partial Summary Judgment Regarding Hartford's Duty to Defend, filed on December 21, 2004.  After a careful review of both motions and the responses and replies thereto, I conclude that there exist genuine issues of material fact which preclude the granting of either motion.  Accordingly, it is

    ORDERED that Defendant The Hartford Casualty Insurance Company's Motion For Summary Judgment, filed November 30, 2004, is hereby DENIED.  It is

    FURTHER ORDERED that Plaintiff The HealthCare Financial Group Inc.'s Motion for Partial Summary Judgment Regarding Hartford's Duty to Defend, filed on December 21, 2004, is hereby DENIED.

Dated:  August 4, 2005

                                          BY THE COURT:

                                          s/ Wiley Y. Daniel
                                          Wiley Y. Daniel