IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 04-cv-00280-WYD-CBS

THE HEALTHCARE FINANCIAL GROUP, INC.,

    Plaintiff,

v.

THE HARTFORD CASUALTY INSURANCE COMPANY,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

It is hereby **ORDERED** that the Joint Motion to Amend Pretrial Deadlines (filed August 30, 2005; *doc. no. 54*) is **GRANTED** and the pretrial deadlines are modified as follows:

| | |
|---|---|
| Fact Discovery Closes | **September 30, 2005** |
| Rule 26(a)(2) AFFIRMATIVE expert disclosures | **October 7, 2005** |

*All deadlines previously set by this Court, not modified herein, remain in effect.* It is further

**ORDERED** that when filing documents with the court, counsel is required to comply with all applicable Federal Rules of Civil Procedure (FED.R.CIV.P. ); the Local Rules of Practice in the United States District Court for the District of Colorado (D.C.COLOL.CIVR. ) *and* the District of Colorado ECF Procedures (D.C. COLO. ECF. PROC.). **Counsel is particularly instructed to note D.C.COLOL.CIVR. 10.1E (Spacing)**.

**DATED:**     September 16, 2005