IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 04-cv-00280-WYD-CBS

THE HEALTHCARE FINANCIAL GROUP, INC.,

    Plaintiff,

v.

THE HARTFORD CASUALTY INSURANCE COMPANY,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    It is hereby **ORDERED** that Defendant The Hartford Casualty Insurance Co.'s Motion to Vacate Its Motion to Strike Exhibits (filed February 10, 2006; *doc. no. 109*) is **GRANTED**.  It is further

    **ORDERED** that the Motion to Strike Exhibits (filed December 2, 2005; *doc. no. 82*) is **DENIED** as withdrawn.

**DATED:**     February 14, 2006