IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  04-cv-00280-WYD-CBS

THE HEALTHCARE FINANCIAL GROUP, INC.,

    Plaintiff,

v.

CLARENDON NATIONAL INSURANCE COMPANY and
THE HARTFORD CASUALTY INSURANCE COMPANY,

    Defendants.

_____

**ORDER**
_____

    On Tuesday, February 14, 2006, the Court held a Final Pretrial Conference in this matter.  For the reasons stated on the record, it is

    ORDERED that Plaintiff THCFG's Motion in Limine to Preclude Hartford from Introducing Evidence of THCFG's Contingent Fee Agreement (# 85), filed December 16, 2005, is **TAKEN UNDER ADVISEMENT**.  It is

    FURTHER ORDERED that Plaintiff THCFG's Motion in Limine to Preclude Hartford from Introducing Evidence of, or Otherwise Making Reference to, THCFG's "Belief in Coverage" (# 86), filed December 16, 2005, is **GRANTED**.  It is

    FURTHER ORDERED that the parties shall file a concise joint statement of the case no later than **Wednesday, February 22, 2006**.  It is

    FURTHER ORDERED that the parties shall file an amended exhibit list by **Thursday, February 23, 2006**.  It is

FURTHER ORDERED that any additional stipulated jury instructions shall be filed by **Thursday, February 23, 2006**. It is

FURTHER ORDERED that Plaintiff shall file a memorandum of law on the issue of the relevance of certain evidence to be presented by Defendant by **Friday, February 17, 2006**. It is

FURTHER ORDERED that on the first day of trial, Monday, February 27, 2006, counsel shall be present by 8:30 a.m. to begin jury selection promptly at 9:00 a.m. It is

FURTHER ORDERED that the trial will be held from 8:30 a.m. to 5:30 on Tuesday, February 28, 2006, and Wednesday, March 1, 2006. It is

FURTHER ORDERED that there will be no trial on Thursday, March 2, or Friday, March 3, 2006. The trial will resume on Monday, March 6, 2006, at 8:30 a.m. and will continue that day until 5:30 p.m. The trial will continue on Tuesday, March 7, 2006, if necessary.

Dated: February 16, 2006

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge