IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  04-cv-00280-WYD-CBS

THE HEALTHCARE FINANCIAL GROUP, INC.,

    Plaintiff,

v.

CLARENDON NATIONAL INSURANCE COMPANY and
THE HARTFORD CASUALTY INSURANCE COMPANY,

    Defendants.

_____

## ORDER
_____

    THIS MATTER is before the Court on Defendant's Unopposed Motion to Stay Entry of Judgment (# 153), filed March 14, 2006.  Defendant requests the opportunity to brief the Court on two issues and seeks a stay of the entry of judgment for that purpose.  Having reviewed the Motion and being otherwise fully advised, it is

    ORDERED that Defendant's Unopposed Motion to Stay Entry of Judgment (# 153), filed March 14, 2006, is GRANTED.  It is

    FURTHER ORDERED that Defendant shall file a brief on these issues by Friday, March 24, 2006.  It is

    FURTHER ORDERED that as part of its obligations under D.C.COLO.LCivR 7.1A, Defendant shall indicate in its brief that the parties have met and conferred on the pending issues, reached maximum agreement where possible, and that the matters addressed in the brief are in dispute.  It is

FURTHER ORDERED that Plaintiff shall respond by Tuesday, April 4, 2006.  It is

FURTHER ORDERED that Defendant shall reply to Plaintiff's response by Friday, April 7, 2006.

Dated:  March 15, 2006

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge