IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  04-cv-00280-WYD-CBS

THE HEALTHCARE FINANCIAL GROUP, INC.,

    Plaintiff,

v.

CLARENDON NATIONAL INSURANCE COMPANY and
THE HARTFORD CASUALTY INSURANCE COMPANY,

    Defendants.

_____

**ORDER**
_____

    THIS MATTER is before the Court on review of the file.  Having reviewed the filed, it is

    ORDERED that THCFG's Motion in Limine to Preclude Hartford from Introducing Evidence of THCFG's Contingent Fee Agreement [# 85], filed December 16, 2005, is **DENIED AS MOOT**.  It is

    FURTHER ORDERED that Defendant, The Hartford Casualty Insurance Company's Motion for Clarification of the Court's February 16, 2006 Order Regarding Plaintiff's Motions in Limine and the Final Trial Preparation Conference [ # 127], filed February 22, 2006, is **DENIED AS MOOT**.  It is

    FURTHER ORDERED that Defendant, Hartford Casualty Insurance Company's, Motion for Reconsideration of the Court's Ruling of Plaintiff's, THCFG, Motion in Limine to Preclude Hartford (Casualty) from Introducing Evidence of, or Otherwise Making Reference to, THCFG's "Believe in Coverage," or, in the Alternative, Motion for Clarification Regarding the Court's Ruling [# 130], filed February 22, 2006, is **DENIED**

**AS MOOT**.

Dated: April 18, 2006

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge