**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Wiley Y. Daniel**

CIVIL ACTION No. 04-cv-00280-WYD-CBS

THE HEALTHCARE FINANCIAL GROUP, INC.
Plaintiff,

vs.

CLARENDON NATIONAL INSURANCE COMPANY and
THE HARTFORD CASUALTY INSURANCE COMPANY,
Defendants.

_____

**ORDER GRANTING
JOINT STIPULATED  MOTION FOR ATTORNEYS' FEES AND COSTS**
_____

THIS MATTER comes before the Court on the Joint Stipulated Motion for

Attorneys' Fees and Costs [# 198], filed November 3, 2006.  After reviewing the motion

and having been advised in the premises, it is

ORDERED as follows:

- THCFG is awarded its reasonable attorneys' fee in the amount of $474,121.61 which reflects the reasonable attorneys' fees THCFG incurred through September 22, 2006;

- THCFG is awarded its reasonable costs in the amount of $71,487.37 which reflects the reasonable costs THCFG incurred through September 22, 2006;

- The Bill of Costs is amended to reflect an award of $736.93;

- THCFG is granted the right to seek additional reasonable attorneys' fees and costs incurred on or after September 23, 2006, and

- Hartford has the right to challenge any award of attorneys' fees and costs should the judgment be reversed or vacated.  It is

FURTHER ORDERED that THCFC's Motion for Taxable Costs [# 177], filed

September 9, 2006 is DENIED as moot.

2

Dated:  November 15, 2006

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge