IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  04-cv-00280-WYD-CBS

THE HEALTHCARE FINANCIAL GROUP, INC.,

      Plaintiff,

v.

CLARENDON NATIONAL INSURANCE COMPANY and
THE HARTFORD CASUALTY INSURANCE COMPANY,

      Defendants.
_____

## ORDER OF DISMISSAL WITH PREJUDICE
_____

THIS MATTER comes before the Court on the parties Stipulation of Dismissal [# 209], filed December 27, 2006.  After careful review of the file, the Court has concluded that the motion should be approved and that Plaintiff's claims against Defendants and Defendants' counter-claims against Plaintiff should be **DISMISSED WITH PREJUDICE**.

THEREFORE IT IS ORDERED as follows:

That the Stipulation of Dismissal is **APPROVED**; and that Plaintiff's claims against Defendants and  Defendants' counter-claims against Plaintiff are **DISMISSED WITH PREJUDICE**, each party to pay its own attorney's fees and costs.

Dated:  January 2, 2007

                BY THE COURT:


                s/ Wiley Y. Daniel_____
                Wiley Y. Daniel
                U. S. District Judge